IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**1:11-CV-232-GCM**

| | | |
|---|---|---|
| BELINDA HUSKEY and<br>JAMES LOYD HUSKEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BANK OF AMERICA HOME LOANS | ) | |
| and | ) | |
| NEW CENTURY MORTGAGE, ISAOA, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the memorandum and recommendation of United States Magistrate Judge Dennis L. Howell, filed April 6, 2012. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72, written objections to the memorandum and recommendation must be filed within 14 days after service of the same. The parties did not file objections. After an independent and thorough review of the magistrate's memorandum, the Court concludes that the recommendation to grant Defendant Bank of America Home Loans's Motion to Dismiss is correct and in accordance with the law. Accordingly, the findings and conclusions of the magistrate are affirmed.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

IT IS SO ORDERED.

Signed: June 15, 2012

Graham C. Mullen
United States District Judge