# United States District Court
# For The Western District of North Carolina
# Asheville Division

BELINDA HUSKEY and
JAMES LOYD HUSKEY,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          1:11-CV-232-GCM

BANK OF AMERICA HOME LOANS and
NEW CENTURY MORTGAGE, ISAOA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by memorandum and recommendation and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2012 Order.

                                              Signed: June 15, 2012

*(signature)*
Frank G. Johns, Clerk
United States District Court